[relates to Docket Item #13]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARGOT SCOTT,<br><br>      Plaintiff pro se,<br><br>  v.<br><br>ROWAN COUNTY DEPARTMENT OF<br>SOCIAL SERVICES, et al.,<br><br>      Defendants, | Civil Action<br>No. 06-6083 (JBS)<br><br>**MEMORANDUM OPINION** |

    This matter is before the Court on the motion of Defendant New Jersey Division of Youth and Family Services and Defendant New Jersey Department of Children and Families Interstate Services Unit to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) or for a more definite statement pursuant to Fed. R. Civ. P. 12(e). [Docket Item 13].  For the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

    IT IS this **12th** day of **September, 2007** hereby

    ORDERED that the Motion to Dismiss shall be, and hereby is, **DENIED**; and

    IT IS FURTHER ORDERED that the Motion for a More Definite Statement shall be, and hereby is, **GRANTED**; and

    IT IS FURTHER ORDERED that within fifteen (15) days of the entry of this Order, Plaintiff must file an Amended Complaint that sets forth a short and plain statement of her claim showing that Plaintiff is entitled to relief from the named Defendants;

describing her relationship to the children to whom she refers, what interactions she or they had with defendants that caused her to bring this case; and citing the legal bases for this civil action and the grounds upon which this Court has jurisdiction. Failure to comply with this Order shall result in dismissal, consistent with Federal Rule of Civil Procedure 12(e).

                                              **s/ Jerome B. Simandle**
                                              Jerome B. Simandle
                                              United States District Judge